# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACH MOTION PICTURES, INC., a California corporation,<br><br>Plaintiff(s)<br><br>v.<br><br>BRIDGESTONE MULTIMEDIA GROUP, LLC, a Delaware limited liability company,<br><br>Defendant(s) | CASE NUMBER<br><br>2:25-cv-01380-HDV-AGR<br><br>(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

☐ The Court hereby orders that the request of:

_____  ☐ Plaintiff  ☐ Defendant  ☐ Other  _____
*Name of Party*

☐ to substitute _____ who is

☐ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

_____
*Street Address*

_____   _____
*City, State, Zip*                  *E-Mail Address*

_____   _____   _____
*Telephone Number*   *Fax Number*   *State Bar Number*

as attorney of record instead of _____
*List **all** attorneys from same firm or agency who are withdrawing.*

is hereby ☐ GRANTED   ☐ DENIED

☒ The Court hereby orders that the request of  Michael D. Kolodzi, Esq.
*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for  Plaintiff, ZACH MOTION PICTURES, INC., a California corporation

is hereby ☐ GRANTED   ☒ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated  March 27, 2025

_____
U. S. District Judge/U.S. Magistrate Judge

G-01 ORDER (02/24)   (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY